**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

(Hon. Barbara A. McAuliffe)

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CRISTOBAL VALENCIA (1),

Defendant.

CASE NO. 12-CR-0217-AWI-BAM

**ORDER CONTINUING STATUS CONFERENCE**

GOOD CAUSE appearing, and based upon the Stipulation of the parties (Docket No. 19), it is hereby ordered that the Status Conference currently set for February 25, 2013, at 1:00 p.m. is continued to March 11, 2013 at 1:00 P.M. before Judge McAuliffe. Time is excluded for case preparation, defense counsel availability and settlement exploration.

IT IS SO ORDERED.

Dated: **February 22, 2013**

/s/ Barbara A. McAuliffe

UNITED STATES MAGISTRATE JUDGE