UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Hon. Anthony W. Ishii)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CRISTOBAL VALENCIA,<br><br>　　　　　Defendant. | CASE NO. 12-CR-0217-AWI-DLB<br><br>**ORDER TO CONTINUE<br>SENTENCING HEARING** |

　　　GOOD CAUSE appearing and based upon the stipulation of the parties, the sentencing hearing currently set for June 10, 2013 at 10:00 a.m. is hereby continued to the date of July 1, 2013 at 10:00 a.m.  The Defendant shall remain detained without bond.

IT IS SO ORDERED:

Dated:__June 7, 2013_____　　　　　　　　_/s/ Anthony W. Ishii_____
　　　　　　　　　　　　　　　　　　　　Hon. Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　United States District Judge

12-CR-00217-AWI-DLB